IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX PRICE, | No. C-09-5528 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| F. ALVARADO, MD, | |
| Defendant. | |

On November 20, 2009, Plaintiff filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that officials at San Quentin State Prison were deliberately indifferent to his serious medical needs. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the

requested items within thirty (30) days would result in dismissal of the action. Doc. #3.

On December 21, 2009, Plaintiff sought clarification on the items he needed to file and an extension of time by which to file them. Doc. #4. In response, the Court on December 28, 2009 sent the appropriate in forma pauperis application to Plaintiff at the non-custody address Plaintiff listed in his letter. To date, Plaintiff has not returned the in forma pauperis application nor sought another extension of time to do so. As a result, the action is DISMISSED without prejudice to Plaintiff filing a new complaint and completed in forma pauperis application, which the Clerk shall file as a new action with a new case number.

The Clerk is directed to terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   01/29/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Price-09-5528-dismiss-ifp.wpd

2