IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEX PRICE,

        Plaintiff,

    v.

F. ALVARADO, MD,

        Defendant.

No. C-09-5528 TEH (PR)

ORDER OF DISMISSAL

On November 20, 2009, Plaintiff filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that officials at San Quentin State Prison were deliberately indifferent to his serious medical needs. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the

1  requested items within thirty (30) days would result in dismissal of
2  the action.  Doc. #3.

3        On December 21, 2009, Plaintiff sought clarification on
4  the items he needed to file and an extension of time by which to
5  file them.  Doc. #4.  In response, the Court on December 28, 2009
6  sent the appropriate in forma pauperis application to Plaintiff at
7  the non-custody address Plaintiff listed in his letter.  To date,
8  Plaintiff has not returned the in forma pauperis application nor
9  sought another extension of time to do so.  As a result, the action
10 is DISMISSED without prejudice to Plaintiff filing a new complaint
11 and completed in forma pauperis application, which the Clerk shall
12 file as a new action with a new case number.

13       The Clerk is directed to terminate any pending motions as
14 moot and close the file.

16       IT IS SO ORDERED.

19 DATED   01/29/10

THELTON E. HENDERSON
United States District Judge

27 G:\PRO-SE\TEH\CR.09\Price-09-5528-dismiss-ifp.wpd

**United States District Court**
For the Northern District of California

2