UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEX PRICE,

        Plaintiff,

  v.

F. ALVARADO et al,

        Defendant.

Case Number: CV09-05528 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex Price
408 Loma Avenue, #B
Capitola, CA 95010

Dated: January 29, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk